UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


JAMES F. KIERPIEC,

       Plaintiff,

v.                                                                    Case No. 2:07-cv-170
                                                                      HON. R. ALLAN EDGAR
ALLEN B. DUNNING,

       Defendant.
_____/


**OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S**

**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United

States Magistrate Judge in this action on October 9, 2007.  The Report and Recommendation was

duly served on the parties.  The Court has received objections from plaintiff.  In accordance with

28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the

Report and Recommendation to which objection has been made.  The Court now finds the

objections to be without merit.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the

Magistrate Judge (Docket #3) is approved and adopted as the opinion of the Court.


Dated:  11/15/07                                              */s/ R. Allan Edgar*
                                                              R. ALLAN EDGAR
                                                              UNITED STATES DISTRICT JUDGE